# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DENNIS L. HAYES,<br><br>Defendant. | PO-22-05042-GF-JTJ<br><br>VIOLATION:<br>FCDS001V<br>Location Code: M7<br><br>ORDER |

On June 9, 2022, the defendant appeared before the Court and pled not guilty to the charge of constructing or maintaining any kind of road, trail, significant surface disturbance, or other improvement on National Forest Service land without an approved operating plan or special use authorization.  Based on the not guilty plea of the defendant, **IT IS ORDERED** that a bench trial is scheduled for July 14, 2022 at 9:00 a.m. at the Missouri River Courthouse in Great Falls, Montana.

**IT IS FURTHER ORDERED** that the defendant will not construct a road, land disturbance, or other disturbance or improvement on the National Forest Service land between the date of this Order and the conclusion of the bench trial currently scheduled for July 14, 2022, without an approved operating plan or

special use authorization.

**IT IS ALSO ORDERED** that an employee from the Army Corps of Engineers can access the mining claim through the National Forest Service land between now and the conclusion of the bench trial, provided that no road or land disturbance, or other disturbance or improvement will be made to the National Forest Service land without an approved operating plan or special use authorization.

DATED this 14th day of June, 2022.

_____
John Johnston
United States Magistrate Judge