UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DENNIS HAYES,<br><br>    Defendant. | PO-22-5042-GF-JTJ<br>Ticket Number: FCDS001V<br>Location Code: M7<br>Disposition Code: TE<br><br>AMENDED JUDGMENT IN A CRIMINAL CASE |

  The Defendant, Dennis Hayes, was present in court was found guilty following a bench trial to the charge of: CONSTRUCTING OR MAINTAINING ANY KIND OF ROAD, TRAIL, SIGNIFICANT SURFACE DISTURBANCE, OR OTHER IMPROVEMENT ON NATIONAL FOREST SYSTEM LAND WITHOUT A APPROVED OPERATING PLAN OR SPECIAL USE AUTHORIZATION.

  The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

    1. Defendant must pay a fine in the amount of $250.00 plus $30.00 Special Assessment for CONSTRUCTING OR MAINTAINING ANY KIND OF ROAD, TRAIL, SIGNIFICANT SURFACE DISTURBANCE, OR OTHER IMPROVEMENT ON NATIONAL FOREST SYSTEM LAND WITHOUT A APPROVED OPERATING PLAN OR SPECIAL USE AUTHORIZATION for a

total of $280.00, Defendant must pay by check or money order payable to U.S. COURTS CVB and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278.  Defendant may also pay online at www.cvb.uscourts.gov .  The fine shall be paid as follows: In full on or before October 31, 2022.

Pursuant to 18 U.S.C. " 3402 & 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the judgment of conviction and sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, serving a copy of the statement upon the United States Attorney (personally or by mail), and filing a copy with Magistrate John Johnston.  If you appeal, you will be required to pay a $39 fee pursuant to 28 U.S.C. '1914, Fee Schedule, subsection (10), at the time of filing your appeal.  You also will be required to furnish the District Court Judge a copy of the record, which consists of the original papers and exhibits in the case together with any transcript, tape, or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court.  Fed. R. Crim. P. 58(g)(2)(C).

Date of Imposition of Judgment: October 6, 2022.

 10/06/22
\_\_\_\_\_  _____
Date Signed

_____
John Johnston
United States Magistrate Judge